UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS WILLIAMS, MICHAEL
TAYLOR, and AARON BRADFORD,
on behalf of themselves and all others
similarly situated,

      Plaintiffs,                        Civil Case No. 13-12732
                                          Honorable Linda V. Parker

v.

ALIMAR SECURITY, INC.,

      Defendant.
_____/

## JUDGMENT

Plaintiffs filed this putative collective action on June 30, 2013, claiming that Defendant violated the Fair Labor Standards Act by failing to pay its alarm response security officers time and a half for overtime work. In an Opinion and Order entered on this date, the Court granted final approval of the parties' settlement agreement.

Accordingly

**IT IS ORDERED, ADJDUGED, and DECREED** that Judgment is entered

in accordance with the settlement agreement.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: February 1, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, February 1, 2017, by electronic and/or U.S. First Class mail.

s/ Richard Loury  
Case Manager